# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JULIA D. GUERRERO § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | Civil Action No.: 1:22-cv-00967 |
| § | |
| UFCU FINANCIAL SERVICES, LLC; § | |
| AMANDA ASMERA; JOHN CASTRO; § | |
| and TERRY PAGE § | |
| § | |
| *Defendants*. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Agreed Motion to Dismiss with Prejudice jointly submitted by Plaintiff Julia D. Guerrero and Defendant University Federal Credit Union (incorrectly identified as UFCU Financial Services, LLC), Amanda Osmera (incorrectly identified as Asmera), John Castro, and Terry Page (collectively "Defendants"), is of the opinion that the motion should be and is hereby GRANTED. Accordingly, without limiting the foregoing:

IT IS ORDERED, ADJUDGED, AND DECREED that all of Plaintiff's claims and causes of action against all Defendants are hereby DISMISSED WITH PREJUDICE.

IT IS ORDERED, ADJUDGED, AND DECREED that all of Defendants' claims and causes of action against Plaintiff are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs and attorneys' fees.

SIGNED this 17th day of November 2023.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE